

# THE THIRTEENTH COURT OF APPEALS

13-13-00162-CV

ADRIAN GAITAN
v.
ERICA THUMANN

On Appeal from the
25th District Court of Lavaca County, Texas
Trial Cause No. 11-08-21,927CV

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

September 4, 2014.